ACCEPTED
03-14-00714-CV
3992641
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/2/2015 5:54:19 PM
JEFFREY D. KYLE
CLERK

# No. 03-14-00714-CV

_____

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/2/2015 5:54:19 PM
JEFFREY D. KYLE
Clerk

COURT OF APPEALS
THIRD JUDICIAL DISTRICT OF TEXAS
AUSTIN, TEXAS

_____

KEVIN TARR,
Appellant,

v.

LANTANA SOUTHWEST HOMEOWNERS' ASSOCIATION, INC.,
Appellee.

_____

## UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO FILE BRIEF OF APPELLANT

TO THE HONORABLE COURT OF APPEALS:

Appellant Kevin Tarr, under the authority of Texas Rule of Appellate Procedure 10.5(b), requests additional time to file his brief of appellant.

1.     The brief of appellant is currently due February 13, 2015.

2.     Appellant respectfully requests an extension of time for 30 days to file his brief of appellant. With the extension, the brief of appellant will be due on Monday, March 16, 2015.

3.     On December 17, 2014, the record was filed, and Appellant's brief was due on January 14, 2015.

4. On January 5, 2015, however, Mr. Tarr's former appellate counsel, Paul Simon, moved to withdraw as counsel and asked this Court for a 30-day extension of time to file Appellant's opening brief.

5. On January 8, 2015, this Court granted Mr. Simon's motion to withdraw, and granted a 30-day extension until February 13, 2015, to file his opening brief.

6. On January 29, 2015, Mr. Tarr retained Matthew Ploeger to represent him in this appeal.

7. Appellant requests this extension so that Mr. Ploeger may study the record and prepare Mr. Tarr's opening brief. Further, a designated item was omitted from the Clerk's Record filed by the district court clerk, and additional items are necessary. Appellant has filed a request for supplemental clerk's record in the trial court.

8. Additionally, Mr. Ploeger is required to attend to other time-sensitive matters, including briefs and dispositive motions in *First Capital Money Center, Ltd d/b/a Power Finance v. City of Houston, Texas*, No. 2014-67722, in the 133rd District Court, Harris County, Texas; and *Dos Republicas Coal Partnership v. David Saucedo, et al.*, No. 04-14-00828-CV, in the Fourth Court of Appeals, San Antonio, Texas.

9. Other than the extension attendant to Mr. Simon's withdrawal, this is the first extension Appellant has sought.

10. Counsel for Appellant has conferred with counsel for Appellee, Gregory B. Godkin, and Mr. Godkin stated that Appellee is unopposed to the requested extension.

11. This request is not sought for delay, but in order that justice may be done.

**PRAYER**

Appellant requests that this Court to grant an extension of 30 days to file his brief of appellant, making the brief due on Monday, March 16, 2015. Appellant also prays for any other relief to which he may be entitled.

Respectfully submitted,

*/s/ Matthew Ploeger*
Matthew Ploeger
State Bar No. 24032838
LAW OFFICE OF MATTHEW PLOEGER
901 S. Mopac Expressway, Suite 300
Barton Oaks Plaza, Building One
Austin, Texas 78746
P: 512.298.2088
F: 512.298.1787
Matthew@PloegerLaw.com
*Attorney for Appellant*

## CERTIFICATE OF CONFERENCE

Counsel for Appellant has conferred with counsel for Appellee, Gregory B. Godkin, and Appellee is unopposed to the motion for extension of time.

/s/ Matthew Ploeger
Matthew Ploeger
Dated: February 2, 2015

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the above and foregoing was forwarded to all counsel of record by the Electronic Filing Service Provider, if registered; a true and correct copy of this document was forwarded to all counsel of record not registered with an Electronic Filing Service Provider and to all other parties as follows:

Gregory B. Godkin
Roberts Markel Weinberg, PC
2800 Post Oak Blvd., 57th Floor
Houston, TX 77056
713.840.1666–telephone
713.840.9404–facsimile

*/s/ Matthew Ploeger*
Matthew Ploeger
Dated: February 2, 2015